UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL ALBERT, *on behalf of himself and others similarly situated*,

    Plaintiff,

    v.

HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,

    Defendant.

Case No. 2:22-cv-694
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

TREVOR TRIPOLI, *on behalf of himself and others similarly situated*,

    Plaintiff,

    v.

HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,

    Defendant.

Case No. 2:22-cv-3828
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

BRANDON WHATLEY, *on behalf of himself and others similarly situated*,

    Plaintiff,

    v.

HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,

    Defendant.

Case No. 2:22-cv-4372
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

MELISSA SCARBROUGH, *on behalf of himself and others similarly situated*,

    Plaintiff,

Case No. 2:22-cv-4277
JUDGE EDMUND A. SARGUS, JR.

      v.                                              Magistrate Judge Kimberly A. Jolson

**HONDA DEVELOPMENT &**
**MANUFACTURING OF AMERICA, LLC,**

      **Defendant.**

## ORDER

The Court has issued a stay in this case. (ECF No. 59). As this case is stayed, Defendant's pending Motion for Summary Judgment is **WITHDRAWN** as **MOOT**. The clerk is **DIRECTED** to **VACATE** all deadlines. The Court will reactivate the pending motions upon either party's request, once the stay is lifted. This case is to remain open.

      **IT IS SO ORDERED.**

**3/22/2023**                                          s/Edmund A. Sargus, Jr.
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**