UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL ALBERT,** *on behalf of himself and others similarly situated*,

    Plaintiff,

  v.

**HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,**

    Defendant.

Case No. 2:22-cv-694
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**TREVOR TRIPOLI,** *on behalf of himself and others similarly situated*,

    Plaintiff,

  v.

**HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,**

    Defendant.

Case No. 2:22-cv-3828
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**BRANDON WHATLEY,** *on behalf of himself and others similarly situated*,

    Plaintiff,

  v.

**HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,**

    Defendant.

Case No. 2:22-cv-4372
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**MELISSA SCARBROUGH,** *on behalf of himself and others similarly situated*,

    Plaintiff,

Case No. 2:22-cv-4277
JUDGE EDMUND A. SARGUS, JR.

     v.           Magistrate Judge Kimberly A. Jolson

**HONDA DEVELOPMENT &**
**MANUFACTURING OF AMERICA, LLC,**

  **Defendant.**

## ORDER

  This Court previously granted HDMA's request to stay this case pending the outcome of the appeal in the matter of *Holder, et al. v. A&L Home Care and Training Center, LLC, et al.*, which was pending before the United States Court of Appeals for the Sixth Circuit. (Op. & Order, ECF No. 58.) That case has been decided. Therefore, the stay in this case is hereby **LIFTED** and the case is restored to this Court's active docket.

  Following the Sixth Circuit's decision in *Holder*, the Court directed the parties to submit a proposed scheduling order by June 19, 2023. (Notation Order, ECF No. 63.) The parties timely did so, and after having reviewed the proposal, the Court **ADOPTS** the parties' Joint Proposed Scheduling Order. (*See* Joint Proposed Scheduling Order, ECF No. 64.) A trial schedule that is consistent with the parties' Joint Proposed Scheduling Order shall be issued forthwith.

  **IT IS SO ORDERED.**

<u>**6/29/2023**</u>           <u>s/Edmund A. Sargus, Jr.</u>
**DATE**            **EDMUND A. SARGUS, JR.**
                **UNITED STATES DISTRICT JUDGE**