# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL ALBERT,** *on behalf of himself and others similarly situated*, | |
| Plaintiff, | **Case No. 2:22-cv-694** |
| v. | **JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Kimberly A. Jolson** |
| **HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,** Defendant. | |
| | |
| **TREVOR TRIPOLI,** *on behalf of himself and others similarly situated*, | |
| Plaintiff, | **Case No. 2:22-cv-3828** |
| v. | **JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Kimberly A. Jolson** |
| **HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,** Defendant. | |
| | |
| **BRANDON WHATLEY,** *on behalf of himself and others similarly situated*, | |
| Plaintiff, | **Case No. 2:22-cv-4372** |
| v. | **JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Kimberly A. Jolson** |
| **HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,** Defendant. | |
| | |
| **MELISSA SCARBROUGH,** *on behalf of himself and others similarly situated*, | |
| Plaintiff, | **Case No. 2:22-cv-4277** |
| v. | **JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Kimberly A. Jolson** |
| **HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC,** Defendant. | |

# **ORDER**

On January 29, 2026, the Parties filed a Joint Status Report indicating that they are still finalizing the settlement agreement and joint motion for approval of the same, and they need an additional 21 days to ensure they meet the standards required for Court approval. (ECF No. 173.)

Accordingly, the parties are **ORDERED** to file a joint motion for approval of their settlement or a status report regarding the status, not substance, of the settlement within 21 days of this Order.

In light of the Parties' settlement in principle, Plaintiffs' Motions to Certify Class (*Albert v. Honda Development & Manufacturing of America, LLC*, No. 2:22-cv-694 (S.D. Ohio Mar. 19, 2025) (ECF No. 143); *Tripoli v. Honda Development & Manufacturing of America, LLC*, No. 2:22-cv-3828 (S.D. Ohio Mar. 19, 2025) (ECF No. 87); *Scarbrough v. Honda Development & Manufacturing of America, LLC*, No. 2:22-cv-4277 (S.D. Ohio Mar. 19, 2025) (ECF No. 69); *Whatley v. Honda Development & Manufacturing of America, LLC*, No. 2:22-cv-4372 (S.D. Ohio Mar. 19, 2025) (ECF No. 70)) and the Parties' Joint Motions to Stay Discovery, Extend Witness Disclosure Deadlines, and Bifurcate Trial (*Albert*, No. 2:22-cv-694 (ECF No. 158); *Tripoli*, No. 2:22-cv-3828 (ECF No. 97); *Scarbrough*, No. 2:22-cv-4277 (ECF No. 80); *Whatley*, No. 2:22-cv-4372 (ECF No. 80)) are **DENIED AS MOOT** without prejudice.

This case remains open.

**IT IS SO ORDERED.**

**2/3/2026**  
**DATE**

s/Edmund A. Sargus, Jr.  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**