UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL ALBERT, *on behalf of himself and others similarly situated*,
      Plaintiff,

      v.

HONDA DEVELOPMENT &
MANUFACTURING OF AMERICA, LLC,
      Defendant.

Case No. 2:22-cv-694
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

TREVOR TRIPOLI, *on behalf of himself and others similarly situated*,
      Plaintiff,

      v.

HONDA DEVELOPMENT &
MANUFACTURING OF AMERICA, LLC,
      Defendant.

Case No. 2:22-cv-3828
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

BRANDON WHATLEY, *on behalf of himself and others similarly situated*,
      Plaintiff,

      v.

HONDA DEVELOPMENT &
MANUFACTURING OF AMERICA, LLC,
      Defendant.

Case No. 2:22-cv-4372
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

MELISSA SCARBROUGH, *on behalf of herself and others similarly situated*,
      Plaintiff,

      v.

HONDA DEVELOPMENT &
MANUFACTURING OF AMERICA, LLC,
      Defendant.

Case No. 2:22-cv-4277
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**ORDER**

In November 2025, the Parties in this Fair Labor Standards Act ("FLSA") collective and putative class action notified the Court that they reached a settlement in principle and were finalizing the details of their settlement agreement. (ECF No. 169.) After filing a few joint status reports and obtaining extensions of time, Plaintiffs recently filed an "Unopposed Motion Preliminary Approval of the Proposed Class Settlement and Preliminary Approval of the Proposed Class." (ECF No. 177.)

The above-captioned cases were consolidated in January 2023. (ECF No. 58.) The Court recently explained that because the cases were consolidated, the Parties only needed to file in the oldest case: *Albert v. Honda Dev. & Mfg. of Am., LLC*, 2:22-cv-694. (ECF No. 146, PageID 3280.) Thus, the Court **CLOSES** the following cases, which have been consolidated into *Albert v. Honda Dev. & Mfg. of Am., LLC*, 2:22-cv-694: (1) *Tripoli v. Honda Dev. & Mfg. of Am., LLC*, 2:22-cv-03828, (2) *Scarbrough v. Honda Dev. & Mfg. of Am., LLC*, 2:22-cv-04277, and (3) *Whatley v. Honda Dev. & Mfg. of Am., LLC*, 2:22-cv-04372. The Clerk is **DIRECTED TO CLOSE** these three cases and **REMOVE** them from this Court's active docket. The Clerk shall also terminate any motions listed as pending in those three cases.

*Albert v. Honda Dev. & Mfg. of Am., LLC*, 2:22-cv-694 remains open. An order on Plaintiffs' Unopposed Motion Preliminary Approval (ECF No. 177) is forthcoming.

    **IT IS SO ORDERED.**

**3/9/2026**                    **s/Edmund A. Sargus, Jr.**
**DATE**                        **EDMUND A. SARGUS, JR.**
                                  **UNITED STATES DISTRICT JUDGE**